**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ROBERT P. PEEBLES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:16-cv-00730-O** |
| | § | |
| **NANCY A. BERRYHILL,** | § | |
| **Acting Commissioner of the Social** | § | |
| **Security Administration,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 16). No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge (ECF No. 1) are correct and they are **ADOPTED** as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the decision of the Commissioner is hereby **REMANDED** to the Social Security Administration for further consideration.

**SO ORDERED** on this **4th day** of **August, 2017**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**